UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IN RE:                                          CHAPTER 7. CASE NO. 23-10069-SDM
LITTCO METALS, LLC                              ADV. PROCEEDING NO: 24-01024-SDM

JASON RICHARD LITTRELL AND
WILLIAM L. FAVA, TRUSTEE FOR
LITTCO METALS, LLC d/b/a LITTCO,
LLC, LITTCO METALS EQUIPMENT
LEASING, INC., AND LITTCO METALS
MANAGEMENT CO.                                                          PLAINTIFFS

V.                                                              NO: 1:25-CV-00025-GHD

TYLER BURGESS; TONIA ETOH;
INTERNATIONAL DEVELOPMENT                                                DEFENDANTS
SERVICES, INC.; et al.

**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendants' motion

to change venue [Doc. No. 42] is GRANTED, and this civil action is hereby **TRANSFERRED** to

the United States District Court for the Eastern District of New York. All documents and other

materials filed in this civil action shall be transferred and received in accordance with the local

rules and procedures of the Eastern District of New York.

SO ORDERED, this, the _18__ day of December, 2025.

_____
SENIOR U.S. DISTRICT JUDGE